

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfred Elwess,

\* From the 35th District Court
of Brown County,
Trial Court No. CV1007222.

Vs. No. 11-15-00286-CV

\* December 21, 2017

Texas Farm Bureau Mutual
Insurance Company and Farm
Bureau County Mutual Insurance
Company of Texas,

\* Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Alfred Elwess.